IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20488
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVE ARTHUR GARWOOD, also known
as Andrew Patrick Garwood, also
known as Bubba G,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-279-1
--------------------
March 6, 2003

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Larry Chris Iles, the attorney appointed to represent Steve Arthur Garwood on appeal, has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Garwood has received copies of counsel's motion and brief but has not filed a response. Our independent review of the record and brief shows that there are no nonfrivolous issues for appeal.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.